UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHAILE STEINBERG, Individually and on Behalf of all Others Similarly Situated, | Case No.: 5:15-cv-10057-JCO-MJH |
| Plaintiff, | **STIPULATION AND ORDER CONSOLIDATING RELATED ACTIONS AND RELATED MATTERS** |
| v. | |
| MEADOWBROOK INSURANCE GROUP, INC., ROBERT S. CUBBIN, ROBERT H. NAFTALY, ROBERT F. FIX, HERBERT TYNER, BRUCE E. THAL, FLORINE MARK, ROBERT W. STURGIS, JEFFREY A. MAFFETT, WINIFRED A. BAKER, DOUGLAS A. GAUDET, FOSUN INTERNATIONAL LIMITED, MIRACLE NOVA II (US), LLC, and MIRACLE NOVA III (US), INC., |  |
| Defendants. | |
| GABBY KLEIN and DAVID RAUL, individually and on behalf of all others similarly situated, | Case No. 5:15-cv-10497-JCO-RSW |
| Plaintiff, | |
| v. | |
| ROBERT S. CUBBIN, ROBERT H. NAFTALY, ROBERT F. FIX, DOUGLAS A. GAUDET, JEFFREY A. MAFFETT, BRUCE E. THAL, FLORINE MARK, ROBERT W. STURGIS, HERBERT TYNER, FOSUN INTERNATIONAL LIMITED, MEADOWBROOK INSURANCE GROUP, INC., MIRACLE NOVA II (US), LLC, and MIRACLE NOVA III (US), INC. | |
| Defendants. | |

FILED
MAR - 5 2015
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

1.     There are presently two related shareholder class actions on file in this Court that challenge the proposed acquisition of Meadowbrook Insurance Group, Inc. by Fosun International Limited as announced on December 30, 2014.

2.     To avoid unnecessary duplication of effort, counsel for the respective parties in the Related Actions (as defined infra Paragraph 4) hereby enter into this Stipulation and [Proposed] Order Consolidating Related Actions and Related Matters (the "Stipulation").

3.     Counsel for the parties to this Stipulation include (1) Robbins Arroyo LLP, Allen Brothers, and Morgan & Morgan, P.C. on behalf of plaintiff Chaile Steinberg; (2) Milberg LLP, Sommers Schwartz, P.C., Pomerantz LLP, and Levi & Korsinsky LLP on behalf of plaintiffs Gabby Klein and David Raul (3) Sidley Austin LLP and Bodman PLC on behalf of defendants Meadowbrook Insurance Group, Inc., Robert S. Cubbin, Robert H. Naftaly, Robert F. Fix, Herbert Tyner, Bruce E. Thal, Florine Mark, Robert W. Sturgis, Jeffrey A. Maffett, Winifred A. Baker, and Douglas A. Gaudet; and (4) DLA Piper LLP (US) and Dykema Gossett PLLC on behalf of defendants Fosun International Limited, Miracle Nova II (US), LLC, and Miracle Nova III (US), Inc.

## CONSOLIDATION

4.     The following Related Actions are hereby consolidated for all purposes, including pre-trial proceedings and trial (the "Consolidated Action"):

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Steinberg v. Meadowbrook Insurance Group, Inc., et al.* | 5:15-cv-10057-JCO-MJH | 01/07/15 |
| *Klein, et al. v. Cubbin, et al.* | 5:15-cv-10497-JCO-RSW | 02/06/15 |

5.     Every pleading filed in the Consolidated Action, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE MEADOWBROOK INSURANCE GROUP, INC. SHAREHOLDER LITIGATION | ) Lead Case No. 5:15-cv-10057-JCO-MJH )<br>) (Consolidated with No. 5:15-cv-10497-JCO-RSW) |
| This Document Relates To: | ) CLASS ACTION ) |
| ALL ACTIONS. | ) |

6.     The files of the Consolidated Action shall be maintained in one file under Master File No. 5:15-cv-10057-JCO-MJH.

7.     Defendants need not respond to any of the complaints filed in the Related Actions or any other complaint now pending before, or later filed in, remanded to, or transferred to, this Court which arises out of the same or similar facts and allegations as contained in the Related Actions.  Rather, plaintiffs shall file an amended consolidated complaint (the "Consolidated Complaint") within thirty (30) days of defendants filing a preliminary proxy statement with the U.S. Securities and Exchange Commission, which shall be the operative complaint in

the Consolidated Action and shall supersede all previous complaints filed in any of

the Related Actions or any other action subsequently consolidated therewith.

8.      Defendants shall have forty-five (45) days from service of the

Consolidated Complaint within which to answer, plead, or otherwise respond to the

Consolidated Complaint.

## APPOINTMENT OF A LEADERSHIP STRUCTURE

9.      Co-lead counsel for plaintiffs ("Co-Lead Counsel") in the

Consolidated Action are:

> ROBBINS ARROYO LLP
> BRIAN J. ROBBINS
> STEPHEN J. ODDO
> EDWARD B. GERARD
> JUSTIN D. RIEGER
> 600 B Street, Suite 1900
> San Diego, CA 92101
> Telephone: (619) 525-3990
> Facsimile: (619) 525-3991
>
> MORGAN & MORGAN, P.C.
> PETER SAFIRSTEIN
> ROGER A. SACHAR JR.
> 28 W. 44th Street, Suite 2001
> New York, NY 10036
> Telephone: (212) 569-1637
> Facsimile: (212) 564-1656

10.     Co-Lead Counsel shall have sole authority to speak for plaintiffs in

matters regarding pre-trial procedure, trial, and settlement and shall make all work

assignments in such manner as to facilitate the orderly and efficient prosecution of the Consolidated Action and to avoid duplicative or unproductive effort.

11.     Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiff except through Co-Lead Counsel.

12.     Liaison counsel for plaintiffs ("Liaison Counsel") in the Consolidated Action is:

> ALLEN BROTHERS
> Attorneys and Counselors, PLLC
> JAMES P. ALLEN, SR.
> 400 Monroe Street, Ste. 620
> Detroit, MI 48226
> Telephone: (313) 962-7777
> Facsimile: (313) 962-0581

13.     Plaintiffs' Liaison Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel, and shall be responsible for communication with defendants' counsel on matters of case administration and scheduling. Liaison Counsel shall further be responsible for creating and maintaining a master service list of all parties and their respective counsel.

14.   MILLBERG LLP, POMERANTZ LLP, and LEVI & KORSINSKY LLP are designated as members of the Executive Committee for Plaintiffs in the Consolidated Action.

15.   Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representative of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

## RELATED MATTERS

16.   Defendants' counsel accept service on behalf of all defendants not already served.

17.   Pursuant to Rule 5 of the Federal Rules of Civil Procedure, service by e-mail shall be permitted in the Consolidated Action.

18.   This Order shall apply to each case, arising out of the same or similar transactions and/or events as the Related Actions which is subsequently filed in, remanded to, or transferred to this Court.

19.   When a case which properly belongs as part of the *In re Meadowbrook Insurance Group, Inc. Shareholder Litigation*, Lead Case No. 5:15-cv-10057-JCO-MJH, is hereafter filed in, remanded to, or transferred to this Court, counsel for the parties shall call such filing, remand, or transfer to the attention of the clerk of this Court for purposes of moving the Court for an order consolidating such case(s) with *In re Meadowbrook Insurance Group, Inc. Shareholder*

- 5 -

*Litigation*, Lead Case No. 5:15-cv-10057-JCO-MJH.   Counsel for the parties will

further assist in assuring that counsel for the parties in such subsequent action(s)

receive notice of this Order.

Dated: February 26, 2015                    ROBBINS ARROYO LLP

                                            s/ Stephen J. Oddo
                                            BRIAN J. ROBBINS
                                            STEPHEN J. ODDO
                                            EDWARD B. GERARD
                                            JUSTIN D. RIEGER
                                            600 B Street, Suite 1900
                                            San Diego, CA 92101
                                            (619) 525-3990
                                            brobbins@robbinsarroyo.com
                                            soddo@robbinsarroyo.com
                                            egerard@robbinsarroyo.com
                                            jrieger@robbinsarroyo.com

                                            MORGAN & MORGAN, P.C.
                                            PETER SAFIRSTEIN
                                            ROGER A. SACHAR JR.
                                            28 West 44th Street, Suite 2001
                                            New York, NY 10036
                                            (646) 863-5704
                                            psafirstein@morgansecuritieslaw.com
                                            rsachar@morgansecuritieslaw.com

                                            Proposed Co-Lead Counsel for Plaintiffs
                                            and Counsel for Plaintiff Chaile Steinberg

                                            ALLEN BROTHERS
                                            Attorneys and Counselors, PLLC
                                            JAMES P. ALLEN, SR. (P52885)
                                            400 Monroe Street, Ste. 620
                                            Detroit, MI 48226
                                            (313) 962-7777
                                            jamesallen@allenbrotherspllc.com

                                            Proposed Liaison Counsel for Plaintiffs and
                                            Counsel for Plaintiff Chaile Steinberg

- 6 -

Dated: February 26, 2015                    MILBERG LLP


                                            s/ with consent of Paul F. Novak
                                            PAUL F. NOVAK (P39524)
                                            DIANA GJONAJ (P74637)
                                            One Kennedy Square
                                            777 Woodward Avenue, Suite 890
                                            Detroit, MI 48226
                                            (313) 309-1760
                                            pnovak@milberg.com
                                            dgjonaj@milberg.com

                                            POMERANTZ LLP
                                            GUSTAVO F. BRUCKNER
                                            SAMUEL J. ADAMS
                                            600 Third Avenue, 20th Floor
                                            New York, NY 10016
                                            (212) 661-1100
                                            gfbruckner@pomlaw.com
                                            sjadams@pomlaw.com

                                            LEVI & KORSINSKY LLP
                                            DONALD J. ENRIGHT
                                            1101 30th Street, N.W., Suite 115
                                            Washington, DC 20007
                                            (202) 524-4290
                                            denright@zlk.com

                                            Proposed Executive Committee
                                            Members and Counsel for Plaintiffs
                                            Gabby Klein and David Raul

                                            SOMMERS SCHWARTZ, P.C.
                                            LANCE C. YOUNG (P51254)
                                            One Towne Square, 17th Floor
                                            Southfield, MI 48076
                                            (248) 355-0300
                                            lyoung@sommerspc.com

                                            Counsel for Plaintiffs Gabby Klein and
                                            David Raul

Dated: February 26, 2015                    BODMAN PLC


                                            s/ with consent of Thomas Van Dusen
                                            THOMAS VAN DUSEN (P30602)
                                            201 W. Big Beaver Road, Suite 500
                                            Troy, MI 48084
                                            (248) 743-6000
                                            tvandusen@bodmanlaw.com

                                            SIDLEY AUSTIN LLP
                                            JAMES W. DUCAYET
                                            One South Dearborn
                                            Chicago, IL 60603
                                            (312) 853-7000
                                            jducayet@sidley.com

                                            Counsel for Defendants Meadowbrook
                                            Insurance Group, Inc., Robert S. Cubbin,
                                            Robert H. Naftaly, Robert F. Fix, Herbert
                                            Tyner, Bruce E. Thal, Florine Mark,
                                            Robert W. Sturgis, Jeffrey A. Maffett,
                                            Winifred A. Baker, and Douglas A.
                                            Gaudet

Dated: February 26, 2015                    DYKEMA GOSSETT PLLC


                                            s/ with consent of Lori McAllister
                                            LORI MCALLISTER (P39501)
                                            201 Townsend, Suite 900
                                            Lansing, MI 48933
                                            (517) 374-9150
                                            lmcallister@dykema.com

                                            DLA PIPER LLP (US)
                                            DAVID F. GROSS
                                            555 Mission Street
                                            Suite 2400
                                            San Francisco, CA 94105
                                            (415) 836-2933
                                            david.gross@dlapiper.com

DLA PIPER LLP (US)
DAVID A. PRIEBE
2000 University Avenue
East Palo Alto, CA
(650)833-2000
david.priebe@dlapiper.com

Counsel for Defendants Fosun
International Limited, Miracle Nova II
(US), LLC, and Miracle Nova III (US),
Inc.

\* \* \*

## ORDER

The above Stipulation Consolidating Related Actions and Related Matters

having been considered, and good cause appearing therefore,

IT IS HEREBY ORDERED that case no. 15-10497 is consolidated with case

no. 15-10057 for all purposes, including trial.

IT IS FURTHER ORDERED that all subsequent papers filed after that date

of this order shall be filed in case no. 15-10057.

IT IS FURTHER ORDERED that case no. 15-10497 is hereby closed for

administrative purposes.

Date: 3.5.15

John Corbett O'Meara
United States District Judge

- 9 -